# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN LUCAS,<br><br>Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>Respondent. | CASE NO. 15cv1224 GPC (WVG)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER GRANTING APPLICATION FOR TEMPORARY STAY OF EXECUTION FOR PREPARATION OF PETITION FOR WRIT OF HABEAS CORPUS** |

On July 11, 2016, Petitioner filed an application for a temporary stay of execution, accompanied by a statement of issues to be raised in the petition, and requests that the Court extend the present stay of execution for the purposes of preparing the federal petition. (ECF No. 40.) For good cause shown and pursuant to Local Rule HC.3(g)(3), Petitioner's application is **GRANTED**, and the temporary stay will remain in effect for one hundred twenty (120) days, up to and including **Friday, November 11, 2016.**

**IT IS SO ORDERED.**

DATED: July 18, 2016

HON. GONZALO P. CURIEL
United States District Judge

- 1 -                                                                                          15cv1224