HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
LAUREN COLLINS (Bar No. 240173)
E Mail: lauren_collins@fd.org
Deputy Federal Public Defender
CELESTE BACCHI (Bar No. 307119)
E Mail: celeste_bacchi@fd.org
Legal Research and Writing Specialist
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

ROSE D. ANGULO (Bar No. 261992)
E Mail: rose_angulo@fd.org
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Petitioner
David Allen Lucas

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DAVID ALLEN LUCAS,

Petitioner,

v.

RON DAVIS, Warden, California State Prison at San Quentin,

Respondent.

NO. 15cv1224 GPC (WVG)

**DEATH PENALTY CASE (HABEAS CORPUS)**

**EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

# EXHIBIT LIST


| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1-91 | Exhibits in Support of Petition (California Supreme Court Case No. S168103), ***See USDC Dkt. 36, Lodgment No. 13*** | 1-3145 |
| 92-94 | Exhibits 1-3 in Support of Informal Response (California Supreme Court Case No. S168103), ***See USDC Dkt. 36, Lodgment No. 14*** | 3146-74 |
| 95 | Excerpt of R. Fullmer Police Report re J. Santiago December 18, 1984 | 3175 |
| 96 | J. Santiago Medical Records | 3176 |
| 97 | San Diego Sheriff's Department Evidence List (Santiago) | 3214 |
| 98 | Minute Order San Diego Superior Court Case No. CR134016 April 14, 1993 | 3215 |
| 99 | Exhibit List (Court In Limine Motions) San Diego Superior Court Case No. CR75195 | 3216 |
| 100 | Declaration of A. Villasenor November 3, 2016 | 3227 |
| 101 | Declaration of R. Angulo November 21, 2016 | 3271 |
| 102 | Supplemental Evidence List re Jacobs Homicide | 3272 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California; that my business address is the Office of the Federal Public Defender, 411 W. 4th Street, Suite 7110, Santa Ana, California 92701, Telephone No. (714) 338-4500; and at whose direction, on November 22, 2016, I electronically filed the **EXHIBITS IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS** with the clerk of the court for the U.S. District Court, Southern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

Holly Wilkens
Office of the Attorney General
110 West A Street, Ste. 1100
San Diego, CA 92101-5266

Michael Thomas Murphy
Office of the Attorney General
110 West A Street, Ste. 1500
San Diego, CA 92101-5266

*/s/ Rose D. Angulo*
ROSE D. ANGULO